UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. VAN HORN,<br><br>             Petitioner,<br><br>       v.<br><br>JAMES A. YATES, Warden,<br><br>             Respondent. | CASE NO. EDCV 07-0079 RSWL(SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Habeas Petition, filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 15, 2008  R

_____
RONALD S.W. LEW
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE